UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Criminal Action
No: 01-10469-WGY**

**UNITED STATES
Plaintiff**

v.

**WILFREDO PEREZ
Defendant**

ORDER

**YOUNG, D.J.**

The Court Orders the Judgment entered 3/26/03 is hereby VACATED.

**By the Court,**

**/s/ Elizabeth Smith**

**Deputy Clerk**

**May 4, 2009**

**To: All Counsel**